**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Cesar GARCIA–HERNANDEZ, also
known as Cesar Garcia, also known as
Empedorles Vega, also known as Ce-
sar Garcia–Sutuy, also known as Ce-
sar Evaristo Garcia–Sutuy, Defen-
dant–Appellant.**

No. 14–50526
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 24, 2015.

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office, San Anto-
nio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Fed-
eral Public Defender, Maureen Scott Fran-
co, Federal Public Defender, Federal Pub-
lic Defender's Office, San Antonio, TX, for
Defendant–Appellant.

Before DAVIS, ELROD, and COSTA,
Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal
case, Cesar Garcia–Hernandez presents an
argument that he concedes is foreclosed by
*Almendarez–Torres v. United States*, 523
U.S. 224, 228, 235, 118 S.Ct. 1219, 140
L.Ed.2d 350 (1998), which held that convic-
tions used to enhance a sentence under 8

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

U.S.C. § 1326(b)(2) need not be set forth
in the indictment. Accordingly, the Gov-
ernment's motion for summary affirmance
is GRANTED, its alternative motion for
an extension of time to file a brief is
DENIED, and the judgment of the district
court is AFFIRMED.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.